176 So.2d 144

### AMERICAN ACCEPTANCE CORPORATION

v.

### SATURN MOTOR HOTEL CORPORATION et al.

No. 47805.

June 28, 1965.

In re: Congress International, Inc. applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 174 So.2d 222.

Writ refused. On the facts found by the Court of Appeal there appears no error of law in its judgment.